IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| ALTHEA JACOBS,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>HILTON WORLDWIDE CAPITAL HOLDINGS, INC. d/b/a THE CAPITAL HILTON,<br><br>　　　　　　Defendant. | CIVIL NO. 1-18-CV-00038<br><br>ACTION FOR DAMAGES |

# NOTICE OF REMOVAL

**COMES NOW**, Defendant Hilton Worldwide Capital Holdings, Inc. d/b/a The Capital Hilton and, pursuant to 28 U.S.C. §§ 1441(a) and 1446, hereby removes to this Court the case captioned *Althea Jacobs v. Hilton Worldwide Capital Holdings, Inc. d/b/a The Capital Hilton*, Civil Case No. SX-18-CV-224, currently pending in the Superior Court of the Virgin Islands Division of St. Croix and, in support hereof, states as follows.

　　1.　　The above-referenced Superior Court case is within the original jurisdiction of this Court pursuant to 28 U.S.C. § 1332 as Plaintiff, Althea Jacobs is a citizen of the U.S. Virgin Islands, Defendant Hilton Worldwide Capital Holdings is incorporated in Delaware with a principal place of business in Virginia; and, while not expressly identified by the Complaint, upon information and belief the Plaintiff's claims of surgery, lifelong disability, pain and suffering loss of income, loss of employability, and additional damages, are reasonably likely to greatly exceed the $75,000.00 threshold required for diversity jurisdiction.[1]

---

[1] 5 V.I.C. § 5 prohibits the pleading of specific sum in *ad damnum* clauses in personal injury matters.

2. Defendant was served with the Summons and Complaint via personal delivery upon the Director of Security at the Capital Hotel on July 24, 2018, ostensibly making its response due August 14, 2018.[2] *See* Fed. R. Civ. P. 12(a)(1)(A)(i).

Respectfully Submitted,

Dated: August 10, 2018

/s/ Adam N. Marinelli
Adam N. Marinelli, Esq.
V.I. Bar No. 1294
BOLTNAGI PC
4608 Tutu Park Mall, Suite 202
St. Thomas, VI  00802
(T) 340-774-2944
(F) 340-776-1639
amarinelli@vilaw.com
*Attorneys for Hilton Worldwide Capital Holdings, Inc.*

---

[2] Defendant does not waive its objection to the insufficiency of Plaintiff's attempt to serve the Virginian based Corporation by delivering the Summons and Complaint to one of its hotels in a different jurisdiction.

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that, pursuant to LRCi 5.4.9 and Fed. R. Civ. P. 5(b), a true and exact copy of the foregoing was served on the date below through Notice of Electronic Filing ("NEF") for the following parties and counsel who are Filing Users:

**BY NEF:**

Ronald E. Russell, Esq.
The Russell Law Firm LLP
P.O. Box 3259
Kingshill, VI 00851
canaanlawgroup@gmail.com

Dated: August 10, 2018    /s/Adam N. Marinelli
                                        Adam N. Marinelli