SUMMONS  (CIVIL ACTION - ORIGINAL)

IN THE SUPERIOR COURT OF THE VIRGIN ISLANDS
DIVISION OF SAINT CROIX

2018 JUN 25 A 9: 29

| | |
|---|---|
| ALTHEA M. JACOBS, | |
| PLAINTIFF, | Case No. SX-18-CV-224 |
| v. | ACTION FOR DAMAGES |
| HILTON WORLDWIDE HOLDINGS, INC. d/b/a THE CAPITAL HILTON, | JURY TRIAL DEMANDED |
| DEFENDANT. | |

TO:     HILTON WORLDWIDE HOLDINGS
        d/b/a THE CAPITAL HILTON

Address: 1001 16th Street N.W.
         Washington D.C. 20036

Within the time limited by law (see note below) you are hereby required to appear before this Court and answer to a Complaint filed against you in this action and in case of your failure to appear or answer, judgment by default will be taken against you as demanded in the Complaint;
Witness my hand and the Seal of this Court this 26th day of June 2018.

Ronald E. Russell, Esq.
VI Bar No. 86
THE RUSSELL LAW FIRM, LLP          Estrella George
Plaintiff's Attorney                Clerk of the Court
P.O. Box 3259
Kingshill, VI  00851
Tel. 340.692.0832
Fax: 844.272.0308

By: /s/ Ronald E. Russell, Esq.     By: _____
                                         ~~Deputy~~ Clerk II

NOTE: The Defendant, if served personally, is required to file his Answer or other defense with the Clerk of this Court, and to serve a copy thereof upon the Plaintiff's attorney within twenty (20) days after service of this summons, excluding the date of service. The Defendant, if served by publication or by personal service outside of the jurisdiction, is required to file her Answer or other defense with the Clerk of this Court, and to serve a copy thereof upon the attorney for the Plaintiff within thirty (30) days after the completion of the period of publication or personal service outside of the jurisdiction.

Summons – Civil Action
Jacobs v. Hilton
Page 2 of 2

## RETURN OF SERVICE

     I hereby certify that I received this summons on the _____ day of July 2018, and that thereafter, on the _____ day of July 2018, I did serve the same on the above-named Defendant Hilton Worldwide Holdings d/b/a The Capital Hilton at 1001 16th Street N.W., Washington, D.C. 2036 by showing them this original and by then delivering to them a copy of the Complaint and of the summons which were forwarded to me attached thereto.

_____
Process Server

IN THE SUPERIOR COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. CROIX

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| ALTHEA M. JACOBS,<br><br>        Plaintiff,<br>vs.<br><br>HILTON WORLDWIDE HOLDINGS, INC, dba THE CAPITAL HILTON,<br><br>        Defendant. | SX-18-CV- 224<br><br>ACTION FOR DAMAGES<br><br>JURY TRIAL DEMANDED |

## COMPLAINT

COMES NOW Plaintiff, Althea M. Jacobs, by and through her undersigned counsel, THE RUSSELL LAW FIRM, LLP though RONALD E. RUSSELL, ESQ. and complaining of the Defendant, Hilton Worldwide Holdings, Inc d/b/a The Capital Hilton., allege as follows:

1. This Court has jurisdiction over this action pursuant to the provisions of V.I. Code Ann Tit. 4 § 76.

2. Plaintiff, Althea M. Jacobs, is a resident of St. Croix, United States Virgin Islands.

3. Defendant The Capital Hilton is a corporation that caters to travelers from around the world, headquartered in McLean, Virginia.

Jacobs v. Hilton
SX-18-CV-00
Complaint

4. At all times herein mentioned in this Complaint, Defendant owns and operates the Capital Hilton at 1001 16th St. NW, Washington, DC 20036.

## FACTS

5. On or about June 18, 2018 to June 20, 2018, Plaintiff was a guest at defendant hotel attending a SHRM conference.

6. On June 20, 2016, at approximately 7:00 a.m., while walking with coffee towards a seating area, plaintiff slipped on the freshly waxed floor, on Defendant's premises, and fell.

7. The fall occurred on Defendant's premises where Defendant owns, controls, maintains and repairs the common areas, which include the floors.

8. As a result of the fall, Plaintiff sustained injuries to her left knee and left palm.

## COUNT I

9. Plaintiff realleges all the statements expressed above in ¶¶ 1-8 as provided above.

10. Defendant, by its actions and failures breached duties owed to Plaintiff; Said breaches include, but are not limited to:

(a) Failure to warn Plaintiff of the risks of the unsafe conditions caused by over waxing the floor;

*Jacobs v. Hilton*
SX-18-CV-00
*Complaint*

(b) Failure to provide a safe common area for Plaintiff to traverse without unreasonable health risks, associated with the maintenance and repair of floor;

(c) Failure to promulgate and enforce rules and safety procedures designed to prevent undue risk of harm to Plaintiff;

(d) Failure to perform duties imposed upon it by statute designed to provide protection for business invitees that traverse Defendant's premises;

(e) Failure to timely inspect the common areas for hazards;

(f) Defendant by its actions and failures to act as alleged have directly and proximately caused, and is legally responsible and liable for harm and damages sustained by Plaintiff.

The harm and damages sustained by Plaintiff include but are not limited to, surgery and its after effects, loss of income, decreased mobility, severe knee and wrist problems, disability from her normal functions, pain and suffering, past, present and future, a diminution in the quality and enjoyment of life, mental anguish, fear, emotional distress, all of which will continue into the future, illnesses and conditions, and direct and indirect expenses relating to the above, as well as possible loss of income and employability.

WHEREFORE, Plaintiff demands judgment against the Defendant for an amount which would make the Plaintiff whole, together with costs, attorneys' fees, and such other

and further relief as the Court deems just and proper.

PLAINTIFF DEMANDS A TRIAL BY JURY

DATED: 6/20/18

Respectfully Submitted,

THE RUSSELL LAW FIRM, LLP
P. O. Box 3259
Kingshill, VI 00851
Tel: (340) 692-0832/Fax: (844) 272-0308
E-mail: canaanlawgroup@gmail.co,

By: _Ronald E. Russell_
Ronald E. Russell, Esq./Bar No. 86

SUMMONS  (CIVIL ACTION - ORIGINAL)

IN THE SUPERIOR COURT OF THE VIRGIN ISLANDS
DIVISION OF SAINT CROIX

2018 JUN 25 A 9: 29

ALTHEA M. JACOBS,

    PLAINTIFF,

V.

HILTON WORLDWIDE HOLDINGS,
INC. d/b/a THE CAPITAL HILTON,

    DEFENDANT.

Case No. SX-18-CV- 224

ACTION FOR DAMAGES

JURY TRIAL DEMANDED

TO:    HILTON WORLDWIDE HOLDINGS
       d/b/a THE CAPITAL HILTON

Address:   1001 16th Street N.W.
          Washington D.C. 20036

    Within the time limited by law (see note below) you are hereby required to appear before this Court and answer to a Complaint filed against you in this action and in case of your failure to appear or answer, judgment by default will be taken against you as demanded in the Complaint;
Witness my hand and the Seal of this Court this 26th day of June 2018.

Ronald E. Russell, Esq.
VI Bar No. 86
THE RUSSELL LAW FIRM, LLP
Plaintiff's Attorney
P.O. Box 3259
Kingshill, VI 00851
Tel. 340.692.0832
Fax: 844.272.0308

By: /s/ Ronald E. Russell, Esq.

Estrella George
Clerk of the Court

By: _____
    Deputy Clerk

NOTE: The Defendant, if served personally, is required to file his Answer or other defense with the Clerk of this Court, and to serve a copy thereof upon the Plaintiff's attorney within twenty (20) days after service of this summons, excluding the date of service. The Defendant, if served by publication or by personal service outside of the jurisdiction, is required to file her Answer or other defense with the Clerk of this Court, and to serve a copy thereof upon the attorney for the Plaintiff within thirty (30) days after the completion of the period of publication or personal service outside of the jurisdiction.

Summons – Civil Action
Jacobs v. Hilton
Page 2 of 2

## RETURN OF SERVICE

      I hereby certify that I received this summons on the _____ day of July 2018, and that thereafter, on the _____ day of July 2018, I did serve the same on the above-named Defendant Hilton Worldwide Holdings d/b/a The Capital Hilton at 1001 16th Street N.W., Washington, D.C. 2036 by showing them this original and by then delivering to them a copy of the Complaint and of the summons which were forwarded to me attached thereto.

_____
Process Server